428 A.2d 671

Commonwealth v. Musawwir, Appellant.

Submitted December 6, 1979. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

ROBERTS, J., concurred in the result.